**No. 59399.**—Arthur H. Lee & Sons, Inc. *v.* United States, protest 246095–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of colored cotton cloth, of average yarn number 3.80, valued at over 90 cents per pound, and woven with two or more colors or kinds of filling, but that it is not jacquard figured, the claim of the plaintiff was sustained.